# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00371-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

QUINCY GREEN,

    Defendant.

## ORDER

THE COURT has been advised that the parties have entered into a plea agreement in this case, and they have explained their failure to file the papers previously ordered in this case. The Court accepts those explanations.

The parties are ORDERED to contact chambers at 303-844-3800 to schedule a Change of Plea Hearing in this matter.

DATED: January  31st , 2013.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge