IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00371-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

QUINCY GREEN,

    Defendant.

---

**ORDER**

---

A Notice of Disposition was filed in the above matter on January 31, 2013, and this matter will be set for a Change of Plea Hearing. In light of the Defendant's Notice of Disposition, the speedy trial time is tolled.

IT IS ORDERED that the Final Trial Preparation Conference set for February 4, 2013, and the four-day jury trial in this matter, set to commence February 11, 2013, are VACATED.

DATED: February __1st__, 2013.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge