IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00371-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

QUINCY GREEN,

    Defendant.

## MINUTE ORDER

**HONORABLE DAVID M. EBEL**

    A two-hour Sentencing Hearing has been scheduled in this matter for July 16, 2013, at 10:00 a.m.

    DATED:   June <u>20th</u>, 2013.